IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. CR 20-050-JFH |
| JIMCY MCGIRT, | |
| Defendant. | |

ORIGINAL

FILED
AUG 1 7 2020
PATRICK KEANEY
Clerk, U.S. District Court
By _____
Deputy Clerk

**INDICTMENT**

The Federal Grand Jury charges:

### COUNT ONE

**AGGRAVATED SEXUAL ABUSE IN INDIAN COUNTRY**
[18 U.S.C. §§ 1151, 1153, 2241(c) & 2246(2)(C)]

Beginning on or about August 8, 1996 and continuing until on or about August 15, 1996, within the Eastern District of Oklahoma, in Indian Country, the defendant, **JIMCY MCGIRT**, an Indian, did knowingly engage and attempt to engage in a sexual act as defined in Title 18, United States Code, Section 2246, to wit: penetrating, however slight, the genital opening, of B.B., a person who had not attained the age of 12 years, with a finger, with an intent to arouse or gratify the sexual desire of any person, in violation of Title 18, United States Code, Sections 1151, 1153, 2241(c) and 2246(2)(C).

### COUNT TWO

**AGGRAVATED SEXUAL ABUSE IN INDIAN COUNTRY**
[18 U.S.C. §§ 1151, 1153, 2241(c) & 2246(2)(B)]

Beginning on or about August 8, 1996 and continuing until on or about August 15, 1996, within the Eastern District of Oklahoma, in Indian Country, the defendant, **JIMCY MCGIRT**, an

Indian, did knowingly engage and attempt to engage in a sexual act as defined in Title 18, United States Code, Section 2246, to wit: intentional contact between his mouth and the vulva of B.B., a person who had not attained the age of 12 years, with an intent to arouse or gratify the sexual desire of any person, in violation of Title 18, United States Code, Sections 1151, 1153, 2241(c) and 2246(2)(B).

## COUNT THREE

### AGGRAVATED SEXUAL ABUSE IN INDIAN COUNTRY
### [18 U.S.C. §§ 1151, 1153, 2241(c), 2246(2)(D)]

Beginning on or about August 8, 1996 and continuing until on or about August 15, 1996, within the Eastern District of Oklahoma, in Indian Country, the defendant, **JIMCY MCGIRT**, an Indian, did knowingly engage and attempt to engage in a sexual act as defined in Title 18, United States Code, Section 2246, to wit: intentionally causing B.B., a person who had not attained the age of 12 years, to touch his genitalia, not through the clothing, with an intent to arouse or gratify the sexual desire of any person, in violation of Title 18, United States Code, Sections 1151, 1153, 2241(c), and 2246(2)(D).

A TRUE BILL:

BRIAN J. KUESTER
United States Attorney

Sarah McAmis, OBA # 15903
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY