# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | Case No. | CR-20-50-JFH |
| | ) | | |
| v. | ) | Date: | 9/17/2020 |
| | ) | | |
| JIMCY MCGIRT, | ) | Time: | 9:32 a.m. - 9:40 a.m. |
| | ) | | |
| Defendant. | ) | | |

## MINUTE SHEET – CRIMINAL PRETRIAL CONFERENCE

| | | |
|---|---|---|
| John F. Heil, III, Judge | C. Lamle, Law Clerk | S. Ottwell, Reporter |
| | N. Davis, Deputy Clerk | FTR Courtroom 1 |

Counsel for Plaintiff:      Sarah McAmis, AUSA

Counsel for Defendant:      Richard O'Carroll, Pro Bono

Defendant appears in person:      [X] with Counsel;      [] Counsel waived;      [] w/o Counsel

**MINUTES:**

Court inquired as to status of discovery and Defendant responded he has requested an unredacted copy of discovery from the Government. Court advised parties are to confer and discovery issue will be addressed at end of Evidentiary Hearing on 9/23/20 if necessary. Government states that other than request for unredacted discovery, discovery is complete. Counsel provided copy of "Best Practices for the Conduct of Jury Trials Amid the COVID-19 Pandemic". Court addressed schedule advising it was the Court's intent to hold Jury Selection on 10/6/2020 and anticipated the start of the evidence on 10/7/2020. Court inquired and Defendant estimates 2 days to try case; Government anticipates 3 days to try case. Court advised it would allow 15 minutes for each side to make their opening statements. Court directs parties to submit proposed witness and exhibit lists to the Court by close of business on 10/5/2020. Court advised parties would be allowed time for voir dire, with the amount of time to be determined. Court inquired as to the need for an additional pretrial conference. Parties agree to additional setting of additional pretrial conference. Additional pretrial conference set for 10/2/2020 at 1:30 p.m.

COURT ADJOURNED.