20-cr-50-JFH

## NOTICE OF ADDRESS CHANGE:

Court Clerk
Please note my new address:

Jimcy McGirt #04894509
3200 South Kings Hwy
Cushing, OK 74023

Thank You,
Jimcy McGirt 01/26/21

FILED
FEB 01 2021
PATRICK KEANEY
Clerk, U.S. District Court
By _____ Deputy Clerk