# UNITED STATES OF AMERICA
for the
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No.  CR-20-50-JFH |
| v. | ) | Date:  8/25/2021 |
| JIMCY MCGIRT, | ) | Time:  3:00 p.m. – 4:28 p.m. |
| Defendant. | ) | |

## MINUTE SHEET – SENTENCING HEARING

U.S. District Court Judge John F. Heil, III   Carson Lamle, Law Clerk   Joanna Smith, Reporter
Nick Davis, Deputy Clerk   FTR Courtroom 1 - Room 230

Counsel for Plaintiff:   Sarah McAmis, AUSA and Courtney R. Jordan, AUSA
Counsel for Defendant   Richard O'Carroll, Pro Bono

☒ Defendant appears in person with counsel

**MINUTES:** Court inquired regarding any victims present for hearing. Government responded the victims were present, statements made by victims.

☒ Plaintiff & Defendant reviewed PSI:
    ☒ Government - Objections:   ☐ Yes   ☒ No
    ☒ Defendant - Objections:    ☒ Yes   ☐ No
☒ PSI will form factual basis for sentencing
☒ No Plea Agreement in this case

**ADDITIONAL MINUTES:** Oral argument held as to Government's Motion for Upward Departure or, in the Alternative, an Upward Variance from the Guideline Range (Docket Entry No. 169). Motion is GRANTED IN PART. **(JFH)**

☒ Counsel asked if they wish to be heard regarding the application of 3353(a) factors
    ☒ Statements by Government
    ☒ Statements by defendant's counsel

☒ Defendant and counsel asked if they care to say anything prior to sentence being pronounced
    ☐ Statements by Government in aggravation/mitigation of punishment
    ☒ Statements by defendant's counsel
    ☒ Statements by defendant

**SENTENCE:** As to Count __1__ of the __Superseding Indictment__
☒ Bureau of Prisons for a term of __Life__          ☒ Concurrent   ☐ Consecutive
☒ Supervised Release for a term of __5 years__      ☒ Concurrent   ☐ Consecutive
☒ Special Assessment:   $ __$100.00__                ☒ due immediately
☐ Fine:             $_____                     ☐ with interest   ☐ interest waived
☐ Restitution:      $_____                     ☐ with interest   ☐ interest waived

**SENTENCE:   As to Count   2   of the  Superseding Indictment**
☒   Bureau of Prisons for a term of   Life           ☒   Concurrent   ☐   Consecutive
☒   Supervised Release for a term of   5 years       ☒   Concurrent   ☐   Consecutive
☒   Special Assessment:   $ $100.00                  ☒   due immediately
☐   Fine:                $                           ☐   with interest   ☐   interest waived
☐   Restitution:         $                           ☐   with interest   ☐   interest waived

**SENTENCE:   As to Count   3   of the  Superseding Indictment**
☒   Bureau of Prisons for a term of   Life           ☒   Concurrent   ☐   Consecutive
☒   Supervised Release for a term of   5 years       ☒   Concurrent   ☐   Consecutive
☒   Special Assessment:   $ $100.00                  ☒   due immediately
☐   Fine:                $                           ☐   with interest   ☐   interest waived
☐   Restitution:         $                           ☐   with interest   ☐   interest waived

☒   **STANDARD CONDITIONS** of Supervised Release given, including the following **Special Conditions:**
**1.** The defendant shall register pursuant to the provisions of the Sex Offender Registration and Notification Act, or any applicable state registration law. **2.** The defendant shall attend and participate in a mental health treatment program and/or sex offender treatment program as approved and directed by the Probation Officer. The defendant shall abide by all program rules, requirements, and conditions of the sex offender treatment program, including submission to polygraph testing to determine if you are in compliance with the conditions of release. The defendant may be required to contribute to the cost of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay. Any refusal to submit to assessment or tests as scheduled is a violation of the conditions of supervision. **3.** The defendant shall not be at any residence where children under the age of 18 are residing without the prior written permission of the United States Probation Office. **4.** The defendant shall not be associated with children under the age of 18 except in the presence of a responsible adult who is aware of the defendant's background and current offenses, and who has been approved by the United States Probation Officer. **5.** The defendant shall submit to a search conducted by a United States Probation Officer of your person, residence, vehicle, office and/or business at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of probation/supervised release. Failure to submit to a search may be grounds for revocation.

☒   REASONS FOR IMPOSING SENTENCE given by Court
☒   Defendant advised of right to appeal       ☐   Defendant gives oral notice of appeal
☐   Remaining counts ordered dismissed:  _____
☐   Defendant requests designation to _____ to facilitate family contact
     ☐   So recommended by the Court
☒   Defendant remanded to the custody of the U.S. Marshal
☒   Court adjourned