

PATRICK KEANEY
CLERK OF COURT

TELEPHONE
(918) 684-7920

United States District Court
Eastern District of Oklahoma
P. O. Box 607
Muskogee, Oklahoma 74402

August 3, 2021

Clerk, U.S. Court of Appeals
for the Tenth Circuit

**RECORD ON APPEAL**

District Court Case No.: 6:20-CR-50-JFH

Circuit Appeal No: 21-7048

The Record on Appeal is being transmitted via e-mail this date. The following sets out the contents of each volume.

Volume I-Pleadings #12, 25, 27, 28, 29, 32, 38, 39, 42, 64, 70, 71, 72, 73, 74, 78, 79, 80, 81, 84, 85, 86, 87, 91, 93, 99, 101, 102, 104, 105, 106, 107, 108, 110, 114, 116, 117, 118, 119, 120, 121, 122, 127, 128, 134, 138, 169, 173, 175, 176, 178, 179, 180, 181, 183

Volume II-Sealed Pleadings #115, 137, 142, 177, Presentence Report, Statement of Reasons

Volume III-Restricted Transcripts #195, 196, 197, 198, 199, 200, 202

Volume IV-Sealed Restricted Transcripts #201, 203

Sincerely,

PATRICK KEANEY
CLERK OF COURT

By: s/ Jeannett Seabolt
Deputy Clerk

cc:  Counsel of Record  **(SEE NOTICE OF ELECTRONIC FILING)**