# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JIMCY MCGIRT, )<br>)<br>Defendant. ) | Case No. 20-0050-JFH<br>Relates to Docket 220 |

### OBJECTION TO NOTICE OF EXPERT

**COMES NOW**, the Defendant, by and through his undersigned attorneys, Richard O'Carroll, O'CARROLL & O'CARROLL, and Julia D. Allen, ALLEN LAW OFFICE; and hereby incorporates by reference the Objection to Notice of Expert Dkt. 224 and 235 and reserves the right for further objection.

WHEREFORE, with the above premises considered, Defendant requests that the Plaintiff's Notice of Intent to Introduce Experts be stricken and such other and further relief as the Court deems just and equitable.

Respectfully Submitted,

/s/Julia D. Allen

_____
Julia D. Allen, OBA#16305
ALLEN LAW OFFICE
P.O. Box 995
Ketchum, Oklahoma 74349
(918) 671-5775
juliadallen@yahoo.com; and

Richard O'Carroll OBA # 11947
O'Carroll & O'Carroll
2171 N. Vancouver
Tulsa, OK 74127

(918) 584-4192
troc@cox.net

CERTIFICATE OF SERVICE

This is to certify that on the 10th day of October 2023, a true and correct copy of the above and foregoing document was sent electronically to:

Sarah McAmis, Assistant United States Attorney
Kyra Jenner, Assistant United States Attorney

/s/Julia D. Allen
_____
JULIA D. ALLEN