**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA,     )
                Plaintiff,     )
                            )         20-CR-050-JFH
v.                               )
                            )
JIMCY McGIRT,          )
                Defendant.     )

**JIMCY McGIRT'S SENTENCING MEMO**

Before the Court is a 74 year-old man who has served more than twenty-six (26) actual years in custody for the crime to which he has pleaded guilty, Aggravated Sexual Abuse in Indian County. 18 U.S.C. §§ 1151, 1153, 2241(c) and 2246(2)(B). Pursuant to a plea agreement with the Government, Mr. McGirt pleaded guilty to an agreed term of thirty (30) years which is consistent with the usual and ordinary practices and policies of the Government within this District.

Previously, Mr. McGirt was subject to a jury trial in this District wherein he was found guilty. This Court departed upwards and sentenced Mr. McGirt to a Life sentence for this and other related charges. These sentences were reversed by the Circuit Court and remanded to this Court wherein Mr. McGirt chose to settle the matter. Mr. McGirt has never testified to his actual innocence and this Court, having tried the factual accusations and previously sentenced Mr. McGirt, was fully aware of the plea agreement and underlying facts before it referred Mr. McGirt's motion to plead guilty to a magistrate.

Mr. McGirt did file a *pro se* motion to dismiss for lack of jurisdiction immediately before his previously scheduled sentencing set March 15, 2023. This Court struck the scheduled sentencing, ordered the Government to respond and forcefully denied Mr.

McGirt's motion.  Contemporaneously, with his *pro se* motion Mr. McGirt further filed a letter expressing his dis-satisfaction with the undersigned, which this Court took as a motion to substitute counsel.   Prior to hearing on said motion, Mr. McGirt personally agreed to accept co-counsel, Rex Earl Starr, and the record reflects Mr. McGirt agreed to this concession.[1]  At this writing the undersigned states with confidence that there are no conflicts between him or his client, but, out of an abundance of caution, he references these  issues. All concerned will stand before the Court.

On behalf of Mr. McGirt, the undersigned advises and urges new alternatives to the Court regarding sentencing. Originally, it was discussed that upon release Mr. McGirt would live with his daughter, Lucretia McGirt, however, upon information and belief, the Western District Probation expressed some concerns because some adult family members had misdemeanor convictions.

Therefore, just at this writing, Mr. McGirt further believes that the appropriate placement of him upon release should be to a remote acreage in the care of half-brother, Tony Faukner, within the Eastern District in Spaulding, OK.  This location, which includes a travel trailer and fishing shack, is on private property which can/will be deeded to Mr. McGirt. It is also adjacent to a community of sexual offenders.   Mr. Faulkner has further committed to the care of his brother's needs in this remote location.  Upon information and belief, probation has been advised of these facts.

Finally, per the attached document, Mr. McGirt submits that his BOP evaluation after his first conviction places him at a low risk of recidivism  and same is respectfully

---

[1]This Court had ruled that only counsel could file pleadings.  The undersigned did not agree with Mr. McGirt's *pro se* pleading and refused to sign it.  In an effort to rectify this breech, the undersigned sought a co-counsel who had previously discussed this matter with Mr. McGirt, Mr. Starr, and Mr. McGirt agreed to same.

submitted to this Court.

WHEREFORE, Mr. McGirt prays that this relief be granted.

Respectfully submitted to the Court and delivered to**:**

Sarah McAmis
AUSA
520 Denison Ave
Muskogee, OK 74401

Kyra Jenner
AUSA
520 Denison Ave
Muskogee, OK 74401

as of April 30, 2024, by

 /S/ Richard O'Carroll
 Richard O'Carroll OBA # 11947
 ***O'Carroll  &  O'Carroll***
 2171 N. Vancouver
 Tulsa, OK  74127
 (918) 584-4192
 troc@cox.net and

Rex Earl Starr, OBA 8568
PO Box 918
Stilwell, OK 74960-0918
918 696 6500
starrlaw@windstream.net


**ATTORNEYS FOR JIMCY McGIRT**