

FEB **28** 2025

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No.  CR-20-50-JFH |
| JIMCY McGIRT, ) | |
| Defendant. ) | |

## REPORT OF PRELIMINARY HEARING ON PETITION TO REVOKE SUPERVISION

Defendant-offender appeared with counsel, and after being advised of his rights, pursuant to the provisions of Fed. R. Crim. P.32.1, waived his preliminary hearing as reflected in the Waiver of Preliminary Examination or Hearing. Therefore, the Court finds probable cause to refer this matter to the sentencing court for final revocation hearing.

**Dated**:  February 28, 2025.

_____
GERALD L. JACKSON
UNITED STATES MAGISTRATE JUDGE