# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>JIMCY McGIRT,<br><br>    *Defendant.* | Case No. CR-20-50-JFH |

## JOINT MOTION FOR CONTINUANCE OF REVOCATION HEARING

COMES NOW the United States of America, by and through its attorneys, United States Attorney Christopher J. Wilson and Assistant United States Attorneys Sarah McAmis and Nicole Paladino, and Rex Earl Starr and Richard O'Carroll, Attorneys for the Defendant, and jointly move to continue the Final Hearing re Revocation of Supervised Release/Sentencing. In support of the Joint Motion, the parties show the following:

1.  On September 16, 2024, an Amended Petition for Warrant or Summons for Offender Under Supervision was filed against the Defendant. (Doc. 304). An Initial Appearance pursuant to Rule 32.1 was conducted on February 28, 2025. (Doc. 309). The matter was set for a Final Hearing re Revocation of Supervised Release/Sentencing on April 9, 2025. (Doc. 315). That same day, the Defendant was Indicted on four counts of Failure to Register as a Sex Offender in CR-2025-55. (ECF CR-25-55, Doc. 2). The Final Hearing in the case at bar was then re-scheduled for June 10, 2025. (Doc. 317).

2.  The Defendant is set for Jury Trial in his newly Indicted case on June 30, 2025, and all parties are prepared to proceed. (ECF CR-25-55, Doc. 38). Because the Final Hearing in the case at bar and the Jury Trial in the new case contain similar and over-lapping factual and legal

issues and in the interest of judicial economy, the parties agree that the Final Revocation Hearing should be continued until the conclusion of the Jury Trial.

WHEREFORE, the parties respectfully move to continue the scheduled Final Hearing re Revocation of Supervised Release/Sentencing until the conclusion of the jury trial in CF-2025-55.

          Respectfully submitted,

          CHRISTOPHER J. WILSON
          United States Attorney

s/     Sarah McAmis
       SARAH McAMIS, OBA # 15903
       Assistant United States Attorney
       520 Denison Avenue
       Muskogee, Oklahoma 74401
       (918) 684-5100
       sarah.mcamis@usdoj.gov

s/     Rex Earl Starr
       REX EARL STARR, OBA # 8568
       Attorney for Defendant
       P.O. Box 918
       108 N. First St.
       Stilwell, OK 74960
       (918) 696-6500
       starrlaw@windstream.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Rex Earl Starr, Attorney for Defendant
Richard O'Carroll, Attorney for Defendant

         s/     Sarah McAmis
              SARAH McAMIS
              Assistant United States Attorney