# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | Case No. | CR-20-50-JFH |
| Plaintiff, | ) | | |
| v. | ) | Date: | 4/16/2026 |
| | ) | | |
| JIMCY McGIRT, | ) | Time: | 11:51 a.m. – 11:59 a.m. |
| | ) | | 12:05 p.m. – 12:21 p.m. |
| Defendant. | ) | | |

## MINUTE SHEET – FINAL REVOCATION/SENTENCING

Chief U.S. District Court Judge John F. Heil, III        Logan Hibbs, Law Clerk        Karla McWhorter, Reporter
        Katie Hayes, Deputy Clerk        FTR Courtroom 2 - Room 224

Counsel for Plaintiff:        Sarah McAmis & Nicole Paladino, AUSA
Counsel for Defendant:        Richard O'Carroll & Rex Ear Starr, Pro Bono

☒  Defendant appears in person with counsel        Defendant: ☒   Sworn

**MINUTES:**

☒  Defendant acknowledged receipt of claimed violations and court advised defendant of rights, charges and possible penalties for same.

**RECESS**
**RECONVENE**

☒  Defendant stipulated to all remaining allegations contained in the Amended Petition for Revocation including the revisions approved by Government and Defendant. Government agrees stipulation is sufficient. Court found defendant has violated the terms and conditions of his supervised release.

☒  Defendant and counsel asked if they care to say anything prior to sentence being pronounced
        ☒ Statements by Government in aggravation/mitigation of punishment
        ☒ Statements by defendant's counsel
        ☐ Statements by defendant

**SENTENCE:**
☒  **Court found defendant has violated the terms and conditions of his Supervised Release; Supervised Release previously imposed REVOKED.**
☒  **Bureau of Prisons for a term of   12 months           **        ☐  **Concurrent**    ☒  **Consecutive**
**with Oklahoma Eastern District Case No. CR-25-55-JFH**
☒  **Supervised Release for a term of    5 years           **        ☒  **Concurrent**    ☐  **Consecutive**
☐  **Special Assessment:    $                          **        ☐  **due immediately**
☐  **Restitution:                $                          **        ☐  **with interest**    ☐  **interest waived**
☒  **STANDARD CONDITIONS** of Probation / Supervised Release given, including the **Special Conditions as set forth in the original Judgment.**
☒  The defendant shall also pay the remainder of any monetary penalty still outstanding.
☒  REASONS FOR IMPOSING SENTENCE given by Court
☒  Defendant advised of right to appeal        ☐ Defendant gives oral notice of appeal

<u>**ADDITIONAL MINUTES**</u>

The Bureau of Prisons is ordered to evaluate and determine the amount of credit to be given toward this sentence for any time previously served in state custody for the same charge sentenced here today and further award the Defendant credit for such time served in accordance with the Bureau of Prisons' policy.

Minor names to be redacted to initials in the transcript (JFH).

☒ Defendant requests designation: <u>FCI closest to Eastern Oklahoma to facilitate family contact</u>.
  ☒ So recommended by the Court
☒ Defendant remanded to the custody of the U.S. Marshal
☒ Court adjourned